AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00305-RP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* G&I VIII Club of the Isle JV LP
was received by me on *(date)* 5-14-21 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Samantha Guerra, who is designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company on *(date)* 5-14-21 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5-16-21

Server's signature

Lucas McGill
*Printed name and title*

3600 Autumn Bay Drive
Austin, TX 78744

*Server's address*

Additional information regarding attempted service, etc:

First Amended Complaint and Summons in a Civil Action were served.